AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANNIE LEE BARTOE, JR.,**
    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**      **CASE NO. C2-08-907**
**COMMISSIONER OF**      **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**      **MAGISTRATE JUDGE TERENCE P. KEMP**
    **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed September 28, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 28, 2009      JAMES BONINI, CLERK

     */S/ Andy F. Quisumbing*
     (By) Andy F. Quisumbing
     Courtroom Deputy Clerk